<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2237**

KELLY MONIQUE CHERRY; CHRISTOPHER INGRAM; JERMAINE PHILLIPE
MACK; WINIFRED DEVON SWEENEY,

    Plaintiffs – Appellants,

  v.

UNITED PARCEL SERVICE, INCORPORATED, An Ohio Corporation,

    Defendant – Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever III,
District Judge. (5:07-cv-00403-D)

Submitted:  November 8, 2010   Decided:  November 18, 2010

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alvin L. Pittman, LAW OFFICES OF ALVIN L. PITTMAN, Los Angeles,
California, for Appellants.  Susan B. Molony, ALSTON & BIRD,
LLP, Charlotte, North Carolina; Matthew J. Gilligan, ALSTON &
BIRD, LLP, Atlanta, Georgia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelly Monique Cherry, Christopher Ingram, Jermaine Phillipe Mack, and Winifred Devon Sweeney appeal the district court's order and judgment granting United Parcel Service, Inc.'s summary judgment motions on their North Carolina state law claims for defamation, malicious prosecution, false imprisonment, intentional infliction of emotional distress, and willful or wanton conduct. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Cherry v. United Parcel Serv., Inc., No. 5:07-cv-00403-D (E.D.N.C. Sept. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2